**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v.

No. 02-6442

GERRY LEE McCOY,
    *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
Rebecca B. Smith, District Judge.
(CR-93-90-N)

Submitted: July 11, 2002

Decided: August 26, 2002

Before WIDENER and WILKINS, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

---

Remanded by unpublished per curiam opinion.

---

**COUNSEL**

Gerry Lee McCoy, Appellant Pro Se. Fernando Groene, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appel-
lee.

---

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

The notice of appeal in this case was received in the district court after expiration of the appeal period. Under *Houston v. Lack*, 487 U.S. 266 (1988), the notice is considered filed as of the date Appellant delivered it to prison officials for forwarding to the court. Because Appellant alleges that he timely delivered his notice of appeal to prison authorities, we remand the case for the district court to determine the timeliness of the filing under *Houston v. Lack*. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*